FILED
April 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002530129

**9**

Vy T. Pham, Esq.
California Bar No. 249911
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 09-12900

Attorneys for Movant,
HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF
DEUTSCHE ALT-B SECURITIES MORTGAE LOAN TRUST, SERIES 2006-AR1
MORTGAGE PASS-THROUGH CERTIFICATES

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No.: 09-47089-A-7<br>Chapter 7<br>DC No. MBB-001 |
| MICHAEL MALONEY AND<br>TERESA MALONEY AKA<br>MICHAEL LEE MALONEY, FKA<br>TERESA LEE DIEHL, AKA TERESA<br>LEE MALONEY, | **Hearing –**<br>Date: May 10, 2010<br>Time: 09:00 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>501 I Street<br>Sacramento, CA 95814 |
| DEBTORS. | Courtroom 28, Dept. A, 7th Floor |

## EXHIBITS 1-3 IN SUPPORT OF MOVANT HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-B SECURITIES MORTGAE LOAN TRUST, SERIES 2006-AR1 MORTGAGE PASS-THROUGH CERTIFICATES'S MOTION FOR RELIEF FROM STAY

| Exhibit # | Document | Page # |
|---|---|---|
| 1 | Schedule A of Debtor's Schedules (w/Declaration) | 2 |
| 2 | Schedule D of Debtor's Schedules | 4 |
| 3 | Letter and Stipulation to Chapter 7 Trustee | 7 |

1

B6A (Official Form 6A) (12/07)

In re   **Michael Maloney,**               Case No. _____
        **Teresa Maloney**
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: Partly finished 2582 square foot house on 4.6 acres, unfinished but inhabitable single family residence Location: 4095 Sailors Ravine Rd, Auburn, CA 95603; together with lot 2- 4.6 acres with stream, mortgage is attached to both parcels. FMV on house $349,000; FMV on lot 2 $89,000.** | | J | 438,000.00 | 937,765.00 |

| | | |
|---|---|---|
| Sub-Total > | 438,000.00 | (Total of this page) |
| Total > | 438,000.00 | |

(Report also on Summary of Schedules)

 0   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

2

EXHIBIT 1

# United States Bankruptcy Court
## Eastern District of California

In re   **Michael Maloney**
      **Teresa Maloney** _____    Case No. _____

                                        Debtor(s)       Chapter    **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 10, 2009** _____      Signature   **/s/ Michael Maloney** _____
                                                         **Michael Maloney**
                                                         Debtor

Date   **December 10, 2009** _____      Signature   **/s/ Teresa Maloney** _____
                                                         **Teresa Maloney**
                                                         Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

EXHIBIT 1

B6D (Official Form 6D) (12/07)

In re   **Michael Maloney,**
      **Teresa Maloney**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx9378**<br><br>Countrywide Home Lending<br>Attention: Bankruptcy  SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | | J | Opened  9/01/05  Last Active  6/22/09<br>First Mortgage<br>Residence: Partly finished 2582 square foot house on 4.6 acres, unfinished but inhabitable single family residence<br>Location: 4095 Sailors Ravine Rd, Auburn, CA 95603; together with lot 2- 4.6 acres with stream, mortgage is | | | | | |
| | | | Value $       438,000.00 | | | | 743,200.00 | 305,200.00 |
| Account No. **xxxxx9379**<br><br>Countrywide Home Lending<br>Attention: Bankruptcy  SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | | J | 9/2005 Last Active 3/31/2009<br>Second Mortgage<br>Residence: Partly finished 2582 square foot house on 4.6 acres, unfinished but inhabitable single family residence<br>Location: 4095 Sailors Ravine Rd, Auburn, CA 95603; together with lot 2- 4.6 acres with stream, mortgage is | | | | | |
| | | | Value $       438,000.00 | | | | 185,648.00 | 185,648.00 |
| Account No. **x6474**<br><br>First Command Bank<br>4100 S Hulen St<br>Fort Worth, TX 76109 | | H | 3/30/2007<br><br>Loan against mutual funds<br><br>Loans secured by Mutual Funds (see attachment) | | | | | |
| | | | Value $       99,838.00 | | | | 50,000.00 | 0.00 |
| Account No. **x6220**<br><br>First Command Bank<br>4100 S Hulen St<br>Fort Worth, TX 76109 | | H | 3/16/09<br><br>Loan against Mutual Funds<br><br>Loans secured by Mutual Funds (see attachment) | | | | | |
| | | | Value $       99,838.00 | | | | 54,890.00 | 5,052.00 |
|   __1__   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,033,738.00 | 495,900.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

EXHIBIT  2

In re    **Michael Maloney,**
        **Teresa Maloney**

Case No. _____

_____
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-xx1-000**<br><br>Placer County Treasurer-Tax Collector<br>PO Box 7790<br>Auburn, CA 95604-7790 | | J | 12/10/2008<br>Property Taxes<br>Residence: Partly finished 2582 square foot house on 4.6 acres, unfinished but inhabitable single family residence Location: 4095 Sailors Ravine Rd, Auburn, CA 95603; together with lot 2-4.6 acres with stream, mortgage is | | | | | |
| | | | Value $         438,000.00 | | | | 5,917.00 | 5,917.00 |
| Account No. **xxx-xxx-xx2-000**<br><br>Placer County Treasurer-Tax Collector<br>PO Box 7790<br>Auburn, CA 95604-7790 | | J | 12/10/08<br>Property Taxes<br>Residence: Partly finished 2582 square foot house on 4.6 acres, unfinished but inhabitable single family residence Location: 4095 Sailors Ravine Rd, Auburn, CA 95603; together with lot 2-4.6 acres with stream, mortgage is | | | | | |
| | | | Value $         438,000.00 | | | | 3,000.00 | 3,000.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 8,917.00 | 8,917.00 |
| Total<br>(Report on Summary of Schedules) | 1,042,655.00 | 504,817.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

EXHIBIT 2

In re  **Michael Maloney**
      **Teresa Maloney**                                    Case No. _____

_____
                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### Attachment A

PLEDGED SHARES
FIRST COMMAND BANK
COMBINED LOAN #76624

| FUND | ACCOUNT # | OWNER(S) | |
|---|---|---|---|
| **Loan #76220** | **DATED 3/16/09** | **MATURITY 4/3/2013** | **PRINCIPAL $54,890.48** |
| TDM | 711-0005635952 | H&W | |
| TPG | 101-1974731594 | H | |
| DS2 | 0414-07049538546 | H&W | |
| **Loan #66474** | **DATED 3/30/07** | **MATURITY 4/3/2011** | **PRINCIPAL $50,000.00** |
| TEMPLETON GROWTH FUND | 101-1971974731594 | TAILWINDS TRUST SIGNED BY MICHAEL & TERESA L. MALONEY, TRUSTEES | |
| FIDELITY DESTINY PLANS II | 0414-07049538546 | TAILWINDS TRUST SIGNED BY MICHAEL & TERESA L. MALONEY, TRUSTEES | |
| TEMPLETON FOREIGN FUND | 104-4974101277 | TAILWINDS TRUST SIGNED BY MICHAEL & TERESA L. MALONEY, TRUSTEES | |
| TEMPLETON DEVELOPING MARKETS | 711-0005635952 | TAILWINDS TRUST SIGNED BY MICHAEL & TERESA L. MALONEY, TRUSTEES | |
| TEMPLETON GLOBAL | 103-3970566048 | TAILWINDS TRUST SIGNED BY MICHAEL & TERESA L. MALONEY, TRUSTEES | |

EXHIBIT 2

DOUGLAS E. MILES*
  Also Admitted in Illinois & Nevada
RICHARD J. BAUER, JR.
JEREMY BERGSTROM*
  Also Admitted in Arizona
FRED TIMOTHY WINTERS
KEENAN E. McCLENAHAN
MARK T. DOMEYER
  Also Admitted in District of Columbia &
Virginia
TAMI S. CROSBY
MATTHEW D. TOKARZ
L. BRYANT JAQUEZ
DANIEL L. CARTER
BRIAN H. TRAN
RYAN W. STOCKING
GINA M. CORENA*
ROBIN L. LEWIS*
  Also Admitted in California
WAYNE A. RASH
ROCK K. JUNG*
VY T. PHAM
SCOTT B. OLIFANT*
  Also Admitted in California

* NEVADA OFFICE
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
Phone: (702) 369-5960
Fax – BK & EV:
(702) 369-4955
Fax – CV & FC:
(702) 942-0411

Of Counsel
JOHN W. LISH
Admitted in Utah

MB
BDW

## MILES, BAUER, BERGSTROM & WINTERS, LLP
ATTORNEYS AT LAW   SINCE 1985

1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
Phone: (714) 481-9100
Fax: (714) 481-9144

February 16, 2010

**(VIA REGULAR MAIL)**

MAILED

Michael F. Burkart
5150 Fair Oaks Blvd. #101-185
Carmichael, CA 95608

| Re: | Debtor(s) | : | MALONEY |
|-----|-----------|---|---------|
| | Loan No. | : | 9378 |
| | Bk. Case No. | : | 09-47089-A-7 |
| | Our File No. | : | 09-12900 |

Dear Mr. Burkart:

This firm represents HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-B SECURITIES MORTGAE LOAN TRUST, SERIES 2006-AR1 MORTGAGE PASS-THROUGH CERTIFICATES, the holder of a claim secured by property of the estate commonly known as **4095 Sailors Ravine Road, Auburn, CA 95603 ("Property")**. We are preparing to file a Motion for Relief based on a belief that there is no equity in the Property. The Scheduled value is $438,000.00 and my client is owed approximately $831,688.62 on its first priority deed of trust, so there is no equity for the estate even before costs of sale and exemptions are considered.

Please confirm that you have no intention of administering the collateral as an asset of the estate by endorsing the enclosed consent order for relief from stay. If you do intend to administer the collateral, please confirm and let us know the status of your marketing efforts.

Your cooperation in this matter is appreciated. If you have any questions on this matter, please contact me or my assistant, Pamela Le.

Very truly yours,

MILES, BAUER, BERGSTROM & WINTERS, LLP

Vy T. Pham
VTP/prl

7

EXHIBIT 3